February 14, 1984.

472 A.2d 255

Barnes, Appellant, v. Rockwood Insurance.

Argued November 21, 1983. Allen L. Feingold, for appellant; Nancy H. Resnick, for appellee. Before MONTEMURO, WATKINS and CERCONE, JJ.

Order of the lower court is reversed and remanded for compliance with Pa.R.C.P. 209 and Philadelphia Local Rule 140(e). Jurisdiction relinquished.

472 A.2d 256

Phoenix Financial, Appellant, v. Dr. J. Donelson Jones.

Submitted January 18, 1984. David S. Winston, for appellant; Jeffrey S. Kahn, for appellee. Before ROWLEY, HESTER and ROBERTS, JJ.

Order affirmed.